# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - ORDER

P-SEND/ ENTER/JS-6

Case No. SACV 05-771 CJC (ANx) Dated and filed on: September 6, 2005

Title: Commonwealth Scientific and Industrial Research Organisation v. Buffalo Technology Corp., et al.

---

ENTERED
SEP - 7 2005
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY DEPUTY

Present: **Hon. Arthur Nakazato, United States Magistrate Judge**
(In Chambers - No Appearances)

Melissa Cash — Deputy Clerk

None — Court Reporter

**Proceedings:** Plaintiff's motion to compel non-party Broadcom Corp. to produce documents in response to subpoena duces tecum filed on August 5, 2005 ("Motion") [Docket Entry No. 1].

**Rulings:** The Motion is DENIED WITHOUT PREJUDICE (details discussed below)

**Discussion:**

After reviewing the Motion, the Magistrate Judge finds oral arguments would not be helpful, therefore, the noticed hearing date is vacated and the matter is taken under submission pursuant to Local Rule 7-15. The Magistrate Judge also finds good cause exists for issuing his ruling immediately since the briefing period has closed.

By way of its Motion, Plaintiff seeks an order compelling non-party Broadcom Corp. ("Broadcom") to produce documents responsive to request nos. 1, 2, and 3 set forth in a subpoena duces tecum ("SDT") issued pursuant to Rule[1] 45. Broadcom has objected to these requests on the grounds they are vague and ambiguous, unduly burdensome, overbroad and seek information that is not relevant to claims or defenses of a party in Plaintiff's patent infringement suit against defendants Buffalo Technology (USA), Inc. and Buffalo Inc. (collectively referred to as "Buffalo"), which is pending in the United States District Court for the Eastern District of Texas.

DOCKETED ON CM
SEP - 7 2005
BY 039

---

[1] Unless noted otherwise, Rule shall refer to the Federal Rules of Civil Procedure.



7

After considering the opposing positions set forth in the joint stipulation, the Magistrate Judge finds Broadcom's foregoing objections have merit.

Rule 26(b)(1) expressly provides that "[p]arties may obtain discovery regarding any matter, not privileged, that is relevant to the claim or defense of any party." Pursuant to Rule 26(b)(1), a party bringing a motion to compel has the threshold burden of showing that the discovery request in question seeks non-privileged information that is relevant to the claim or defense of any party. Further, Rule 45(c) expressly requires that "[a] party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena[," and] provides the Court "shall enforce this duty...."

Plaintiff has not adequately shown or explained how the three identified computer chips made by Broadcom are relevant to Plaintiff's infringement claim or Buffalo's affirmative defenses. Instead, it simply makes some very conclusory and broad statements of relevancy that are not helpful. By failing to provide an adequate explanation about the relevancy of the non-privileged responsive documents it seeks pursuant to the disputed requests, Plaintiff has failed to meet its threshold burden. The Magistrate Judge also finds that Plaintiff did not make a sufficient good-faith effort to narrow the scope of the disputed requests with Broadcom prior to bringing the Motion as required by Local Rules 37-1 and 45-1. Accordingly, Broadcom's foregoing objections are sustained and the Motion is denied without prejudice.

cc: JUDGE CARNEY
All Parties

Initials of Deputy Clerk ________

# NOTICE PARTY SERVICE LIST

**Case No.** SACV 05-771 CJC (ANx) **Case Title** Commonwealth Scientific, et al. v. Buffalo Tech., et al.

**Title of Document** Minute Order dated 9-6-05

| | |
|---|---|
| | Atty Sttlmnt Officer |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | Interpreter Section |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | Stratton, Maria - Federal Public Defender |
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

| | |
|---|---|
| x | ***ADD NEW NOTICE PARTY*** **(if sending by fax, mailing address must also be provided)** |
| Name: Amos Hartston | |
| Firm: Latham & Watkins, LLP | |
| Address (*include suite or floor*): 633 West Fifth Street | |
| Suite 400 | |
| Los Angeles, CA 90071-2007 | |
| *E-mail: | |
| *Fax No.: | |

* For CIVIL cases only

| | |
|---|---|
| | ***JUDGE / MAGISTRATE JUDGE (list below):*** |
| | |
| | |
| | |
| | |

**Initials of Deputy Clerk** JMC

# NOTICE PARTY SERVICE LIST

**Case No.** SACV 05-771 CJC (ANx) **Case Title** Commonwealth Scientific, et al. v. Buffalo Tech., et al.

**Title of Document** Minute Order dated 9-6-05

| | |
|---|---|
| | Atty Sttlmnt Officer |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | Interpreter Section |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | Stratton, Maria - Federal Public Defender |
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

| | |
|---|---|
| x | ***ADD NEW NOTICE PARTY*** **(if sending by fax, mailing address must also be provided)** |
| Name: Richard J. Codding | |
| Firm: Akin Gump Strauss Hauer & Feld, LLP | |
| Address (*include suite or floor*): 2029 Century Park East | |
| Suite 2400 | |
| Los Angeles, CA 90067-3012 | |
| *E-mail: | |
| *Fax No.: | |

* For CIVIL cases only

| | |
|---|---|
| | ***JUDGE / MAGISTRATE JUDGE (list below):*** |
| | |
| | |
| | |
| | |

**Initials of Deputy Clerk** ________

# NOTICE PARTY SERVICE LIST

**Case No.** SACV 05-771 CJC (ANx) **Case Title** Commonwealth Scientific, et al. v. Buffalo Tech., et al.

**Title of Document** Minute Order dated 9-6-05

| | |
|---|---|
| | Atty Stllmnt Officer |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | Interpreter Section |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | Stratton, Maria - Federal Public Defender |
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

| | |
|---|---|
| x | ***ADD NEW NOTICE PARTY*** **(if sending by fax, mailing address must also be provided)** |

| |
|---|
| Name: Michael E. Jones |
| Firm: Potter Minton |
| Address *(include suite or floor)*: 110 N. College |
| 500 Plaza Tower |
| Tyler, Texas 75702 |
| *E-mail: |
| *Fax No.: |

* For CIVIL cases only

| | |
|---|---|
| | ***JUDGE / MAGISTRATE JUDGE (list below):*** |
| | |
| | |
| | |
| | |

**Initials of Deputy Clerk** JMC